867 A.2d 1119

**Richard BATTEE, Personal Representative of the Estate of Doris Litton, et al.**

v.

**APG, INC., a/k/a ACCRA PAC Group, et al.**

**No. 135, Sept. Term, 2004.**

Court of Appeals of Maryland.

Feb. 11, 2005.

Michael E. Mumford, Randall L. Solomon, Baker & Hostetler, LLP, Cleveland, Lee T. Ellis, Baker & Hostetler, LLP, Washington, DC, for BOC Group, Inc.

Thorne D. Harris, III, Metairie, LA, Robert Dale Klein, Wharton, Levin, Ehrmantraut & Klein, P.A., Annapolis, for Air Products & Chemicals, Inc.

Ted Voorhees, James Goold, Elizabeth Winston, Covington & Burling, Washington, DC, for American Chemistry Council, Inc.

Paul F. Strain, Bruce R. Parker, Venable, Baetjer & Howard, Baltimore, for Borden, Inc., Chevron U.S.A., Inc., Goodyear Tire & Rubber Co., Union Carbide Corp. & Olin Corp.

Samuel Goldblatt, Nixon & Peabody, LLP, Buffalo, NY, Barry J. Pollack, Nixon & Peabody, LLP, Washington, DC, for Dow Chemical Co.

Robert E. Scott, Jr., Sean P. Edwards, Semmes, Bowen & Semmes, Baltimore, for Clairol, Inc.

Joseph W. Hovermill, Matthew T. Wagman, Miles & Stockbridge, P.C., Baltimore, Timothy J. Coughlin, Laura Bancroft Nemer, Hope E. Redmond, Thompson Hine, Cleveland, OH, for Geon Co., Polyone Co., Goodrich Corp., American Chemistry Council, PPG Industries & Conoco, Inc.

Jefrey R. DeCaro, Elizabeth M. Fischer, DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, Lanham, for Gilman Co.

Rudolph L. Rose, Pamela T. Broache, Semmes, Bowen & Semmes, Baltimore, John E. Heinrich, Kean, Miller, Hawthorne, D'Armond, McCowan, Jarman, Baton Rouge, LA, for Honeywell International, Inc.

Carol A. Rutter, Jerry K. Ronecker, Husch & Eppenberger, LLC, St. Louis, MO, for Olin Corp.

Gary W. Kuc, Stephen B. Caplis, Whiteford, Taylor & Preston, Baltimore, Gilbert M. Piette, Frank E. Perez, Brownsville, TX, for Unilever United States, Inc. & Diversified CPC International, Inc.

J. Kevin Buster, W. Ray Persons, Carmen R. Toledo, King & Spalding, LLP, Atlanta, GA, for Union Carbide Corp.

Ronald M. Greenberg, Berkes, Crane, Robinson & Seal, LLP, Los Angeles, CA, Philip B. Barnes, Raymond L. Marshall, Whiteford, Taylor & Preston, Towson, for Whittaker Development Co.

▮▮▮▮▮▮

Submitted before BELL, C.J. RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, GREENE, JJ.

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this 11th day of February, 2005,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to the Court of Special Appeals for reconsideration in light of *Wilson v. Crane*, 385 Md. 185, 867 A.2d 1077 (No. 79, September Term, 2004, filed February 10, 2005). Costs in this Court and in the Court of Special Appeals to be paid by the respondents.

/s/ ROBERT M. BELL
Chief Judge.